AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER:   **3:04-CR-00010-ECR-VPC**

JERMAINE ALONZO MITCHELL,

      Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant's motion filed on 01/24/2011 [199] pursuant to 28:2255 to vacate, set aside, or correct sentence is DENIED.

| July 14, 2011 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |