UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:04-cr-00010-ECR<br>3:11-cv-00056-ECR |
| Plaintiff-Appellee, | COA No. 11-17002 |
| vs. | |
| | ORDER |
| JERMAINE ALONZO MITCHELL, | |
| Defendant-Appellant. | |

The Ninth Circuit Court of Appeals entered an order to reinstate the appeal in this action and to recall the mandate issued on June 18, 2012.

IT IS THEREFORE ORDERED that the mandate spread by this Court on June 20, 2012 is recalled.

Dated this 30th day of July 2012.

_____
EDWARD C. REED, JR.
United States District Judge